# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **OMNITEK PARTNERS, LLC** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:24-cv-00031-RWS-JBB** |
| | § | |
| **LOCKHEED MARTIN CORPORATION** | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. Docket No. 10. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Omnitek Partners, LLC dismisses with prejudice all its claims against Defendant Lockheed Martin Corporation. Defendant has not yet appeared in this action and has not served an answer, a motion for summary judgment, or any other responsive pleading. Accordingly, it is

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal (Docket No. 10) is accepted by the Court. It is further

**ORDERED** that Plaintiff's claims against Defendant as to the asserted patent are **DISMISSED WITH PREJUDICE** and all relief not previously granted is **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 10th day of October, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE